IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CLIFFORD HERRINGTON,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:13-cv-184 (MTT) |
| **Mail Room Clerks HOOD and DIXON,** | ) |
| Defendants. | ) |

### ORDER

Before the Court is the Recommendation (Doc. 19) of Magistrate Judge Stephen Hyles on the Defendants' motion to dismiss (Doc. 10). The Magistrate Judge recommends granting the Defendants' motion because the Plaintiff's complaint is barred by the statute of limitations. The Plaintiff did not respond to the Defendants' motion nor has he objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Respondents' motion to dismiss (Doc. 10) is **GRANTED**. Further, as the Magistrate Judge recommends, dismissal of this case counts as a strike against the Plaintiff for purposes of 28 U.S.C. § 1915(g).

**SO ORDERED,** this 12th day of March, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT